ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKBAR ESMAEILI, ET AL.,<br><br>                        Plaintiffs,<br><br>           v.<br><br>KRISTI NOEM, ET AL.,<br><br>                        Defendants. | CASE NO. 2:25-CV-02658-TLN-AC<br><br>[~~PROPOSED~~] ORDER TO STAY ALL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS |

   Good cause being established, Defendants' motion to stay this matter is granted. Defendants shall file its response to the complaint within 51 days after funding has been restored to the Department of Justice. All other deadlines and appearances are vactated and will be reset once funding has been restored to the Department.

   IT IS SO ORDERED.


Dated: November 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE